UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>) CIVIL ACTION NO.:<br>v. )<br>)<br>ALFONSO RIZO-PATRON )<br>)<br>   Defendant. ) | |

COMPLAINT

The United States of America, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this action under 31 U.S.C. § 3711(g)(4)(C) to collect outstanding civil penalties, along with an associated late-payment penalty and interest, assessed against Alfonso Rizo-Patron for his failure to timely report his financial interest in and/or signature authority over foreign bank or other financial accounts as required by 31 U.S.C. § 5314 and its implementing regulations.  In support of its complaint, the United States alleges as follows:

Jurisdiction and Venue

1. The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355(a).

2. Alfonso Rizo-Patron resides within the jurisdiction of this Court.

3. The District of Connecticut is the proper venue for this action under 28 U.S.C. §§ 1391(b)(1) and 1395(a) because the defendant resides in Connecticut.

Reduce FBAR Penalties Assessed against Alfonso Rizo-Patron to Judgment

4. Alfonso Rizo-Patron is a citizen of the United States and was a citizen of the United States during calendar years 2008 through 2014.

5. During calendar years 2008 and 2009, Alfonso Rizo-Patron had a financial interest in and/or signature authority over a bank or other financial account at Scotiabank in the British Virgin Islands, account number xx7615 (hereinafter "Scotiabank Account 7615").

6. During calendar year 2009, Alfonso Rizo-Patron had a financial interest in and/or signature authority over a bank or other financial account at Scotiabank in the British Virgin Islands, account number xx8815 (hereinafter "Scotiabank Account 8815").

7. During calendar year 2009, Alfonso Rizo-Patron had a financial interest in a bank or other financial account at BBVA Banco Continental in Lima, Peru (hereinafter "BBVA Account").

8. During calendar years 2010, 2011, 2012 and 2013, Alfonso Rizo-Patron had a financial interest in and signature authority over a bank or other financial account at Atlantic Security Bank in the Cayman Islands, account number xxx0149 (hereinafter "ASB Account").

9. The value of Scotiabank Account 7615 exceeded $10,000 during 2008.

10. The aggregate value of Scotiabank Account 7615, Scotiabank Account 8815, and the BBVA Account exceeded $10,000 during 2009.

11. The value of the ASB Account exceeded $10,000 during 2010, 2011, 2012, and 2013.

12. Alfonso Rizo-Patron failed to timely file Treasury Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts (hereinafter "FBAR"), to report his financial interest in and/or signature authority over Scotiabank Account 7615 during 2008.

13. Alfonso Rizo-Patron failed to timely file an FBAR to report his financial interest in and/or signature authority over Scotiabank Account 7615, Scotiabank Account 8815, and the BBVA Account during 2009.

14. Alfonso Rizo-Patron failed to timely file an FBAR to report his financial interest in and signature authority over the ASB Account during 2010, 2011, and 2012.

15. Alfonso Rizo-Patron failed to timely file FinCEN Form 114, Report of Foreign Bank and Financial Accounts, to report his financial interest in and signature authority over the ASB Account during 2013.

16. On May 28, 2015, Alfonso Rizo-Patron consented to extend until June 30, 2016, the time to assess a civil penalty against him pursuant to 31 U.S.C. § 5321 for violations of the reporting requirement with respect to foreign financial accounts maintained during 2008.

17. On March 9, 2016, Alfonso Rizo-Patron's representative, Christopher J. Rixon, signed Forms 13449, Agreements to Assessment and Collection of Penalties under 31 USC 5321(a)(5) and 5321(a)(6), with respect to the calendar years 2008 through 2013.

18. On June 28, 2016, civil penalties in the following amounts were assessed against Alfonso Rizo-Patron pursuant to 31 U.S.C. § 5321 for his failure to timely report his financial interest in and/or signature authority over the following accounts during 2008, 2009, 2010, 2011, 2012, and 2013 (hereinafter the "FBAR Penalties"):

| *Year* | *Account* | *Penalty* |
|---|---|---|
| 2008 | Scotiabank Account 7615 | $10,000 |
| 2009 | Scotiabank Account 7615 | $2,785 |
|  | Scotiabank Account 8815 | $252 |
|  | BBVA Account | $5,000 |
| 2010 | ASB Account | $10,000 |
| 2011 | ASB Account | $10,000 |
| 2012 | ASB Account | $10,000 |
| 2013 | ASB Account | $10,000 |

19. By letter dated June 28, 2016, the Internal Revenue Service notified Alfonso Rizo-Patron of the assessment of the FBAR Penalties and demanded payment of the penalties.

20. The balance due on the FBAR Penalties assessed against Alfonzo Rizo-Patron, along with statutory additions and interest, including a late-payment penalty assessed pursuant to 31 U.S.C. § 3717(e)(2), is $58,835.90, plus statutory additions and interest from May 26, 2017.

WHEREFORE, the United States requests that this Court:

(1) enter judgment in favor of the United States and against Alfonso Rizo-Patron in the amount of $58,835.90, plus statutory additions and interest from May 26, 2017, for the unpaid FBAR Penalties assessed against him; and

(2) grant such further relief that the Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice Tax Division


/s/ *Karen Wozniak*
KAREN WOZNIAK (CT20966)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-1927
Facsimile:  (202) 514-5238
E-mail:  karen.e.wozniak@usdoj.gov